No. 02–33. SOCIAL COMMUNICATIONS SITES v. BEVAN ET UX. C. A. 9th Cir. Certiorari denied.

No. 02–34. SOUTHWESTERN ILLINOIS DEVELOPMENT AUTHORITY v. NATIONAL CITY ENVIRONMENTAL, L. L. C., ET AL. Sup. Ct. Ill. Certiorari denied.

No. 02–35. UPSHER ET AL. v. GROSSE POINTE PUBLIC SCHOOL SYSTEM ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–36. SZEHINSKYJ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–37. STEEL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–38. RYAN ET AL. v. UNION PACIFIC RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–40. GRECCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–41. PROVOST UMPHREY LAW FIRM ET AL. v. COFFMAN. C. A. 5th Cir. Certiorari denied.

No. 02–43. STEW LEONARD'S v. VENEMAN, SECRETARY OF AGRICULTURE. C. A. 2d Cir. Certiorari denied.

No. 02–44. COR-BON CUSTOM BULLET CO. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–45. TAYLOR v. WIL LOU GRAY OPPORTUNITY SCHOOL ET AL. Ct. App. S. C. Certiorari denied.

No. 02–46. JBL, INC., ET AL. v. BOSE CORP. C. A. Fed. Cir. Certiorari denied.

No. 02–47. MAYOR AND CITY COUNCIL OF BALTIMORE v. WEST VIRGINIA ET AL. C. A. 6th Cir. Certiorari denied.